**Robert L. HEDRICK, Plaintiff–
Appellant,**

v.

**UNITED STATES MARSHAL'S
SERVICE, Defendant–
Appellee.**

No. 15–7729.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Robert L. Hedrick, Appellant Pro Se.

Before GREGORY and DUNCAN,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert L. Hedrick appeals the district
court's order dismissing his complaint un-
der 28 U.S.C. § 1915A(b) (2012). We have
reviewed the record and find that this
appeal is frivolous. Accordingly, we deny
Hedrick's motion for transcript at govern-
ment expense and dismiss the appeal for
the reasons stated by the district court.
*Hedrick v. U.S. Marshal's Serv.*, No. 1:15–
cv–00532–LMB–MSN (E.D.Va. Sept. 4,
2015). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*DISMISSED.*